IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREENGATE FRESH, LLP, | CASE NO. 5:11-cv-05167 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| FRESHCO FOODSERVICE, INC., et. al., | |
| Defendant(s). | |

The above-entitled action was commenced on October 21, 2011, and assigned to the undersigned on November 22, 2011. See Docket Item No. 8. Upon reassignment, the clerk scheduled this action for a Case Management Conference on March 23, 2012. See Docket Item No. 9. The parties were to file a Joint Case Management Statement (or unilateral statement if a joint statement was not feasible) on or before March 16, 2012. See id.

Plaintiff did not file a case management statement as directed. In fact, it appears Plaintiff has taken no action to prosecute this case subsequent to filing the Complaint, despite Defendants' failure to plead or otherwise defend.

Accordingly, the Case Management Conference scheduled for March 23, 2012, is VACATED. The court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by April 4, 2012**, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: March 21, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-05167 EJD
ORDER TO SHOW CAUSE